# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2390

_____

United States of America

*Plaintiff - Appellee*

v.

Patrill Darnell Ellis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: December 30, 2025
Filed: January 5, 2026
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Patrill Darnell Ellis appeals after the district court[1] revoked his supervised release and sentenced him to 12 months in prison and 18 months of supervised

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

release. His counsel has moved for leave to withdraw, and has filed a brief arguing that the district court erred in finding Ellis violated the terms of his supervision, and that the sentence is substantively unreasonable.

After careful review of the record, we conclude that the district court did not clearly err in finding, by a preponderance of the evidence, that Ellis violated the conditions of his supervised release. See 18 U.S.C. § 3583(e)(3); United States v. Black Bear, 542 F.3d 249, 252 (8th Cir. 2008) (standard of review). Ellis admitted to using a controlled substance, and we discern no error in the district court's findings that he violated four other conditions of supervision. See United States v. Miller, 557 F.3d 910, 914 (8th Cir. 2009). We also conclude that the district court did not abuse its discretion in sentencing Ellis. See id. at 915-18 (standard of review); United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment of the district court.

_____